FERDINAND KIRCHER, as Administrator of the Estate of HENRY F. KIRCHER, Deceased, Respondent, *v.* IRON CLAD MANUFACTURING COMPANY, Appellant.

*Kircher* v. *Iron Clad Munfg. Co.*, 134 App. Div. 144, affirmed.
(Argued January 5, 1911; decided January 24, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 13, 1909, affirming a judgment in favor of plaintiff

entered upon a verdict and an order denying a motion for a new trial in an action to recover for the death of plaintiff's intestate alleged to have been caused by the defendant's negligence.

*Abram I. Elkus* and *Carlisle J. Gleason* for appellant.

*William J. Courtney* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., WERNER, WILLARD BARTLETT and CHASE, JJ. Dissenting: VANN, HISCOCK and COLLIN, JJ.